NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SRM GROUP, INC.,**
*Appellant*

**v.**

**SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY,**
*Appellee*

---

2021-2104

---

Appeal from the Civilian Board of Contract Appeals in Nos. 5194, 5938, Administrative Judge Catherine B. Hyatt, Administrative Judge Harold D. Lester, Jr., Administrative Judge Jeri Kaylene Somers.

---

## JUDGMENT

---

G. SCOTT WALTERS, Smith, Currie & Hancock LLP, Atlanta, GA, argued for appellant. Also represented by ALEXANDER GORELIK, JACOB WILLIAM SCOTT, Washington, DC.

P. DAVIS OLIVER, Commercial Litigation Branch, Civil Division, United States Department of Justice,

Washington, DC, argued for appellee.  Also represented by
BRIAN M. BOYNTON, PATRICIA M. MCCARTHY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>April 12, 2022</u>          <u>/s/ Peter R. Marksteiner</u>
        Date              Peter R. Marksteiner
                          Clerk of Court